**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**RONALD M. BAUGH,**                                    08-CV-1315-HU

       **Plaintiff,**

                                         **OPINION AND ORDER**

**v.**

**ALBERTO GONZALES, et al.,**

       **Defendants.**

**BROWN, Judge.**

    This matter comes before the Court on Plaintiff's Motion
(#2) for Temporary Restraining Order to Enjoin Defendant Federal
Agencies Use of Involuntary Inhalant Poisoning Against Plaintiff.
For the reasons that follow, the Court **DENIES** Plaintiff's Motion
and dismisses this matter **with prejudice.**

    Plaintiff filed an approximately 300-page Complaint in this
Court on March 20, 2007, Case No. 07-CV-406-HU, in which he
asserted various allegations against Alberto Gonzales, Rosanne M.

1 - OPINION AND ORDER

Sizer, Derek Foxworth, Portland Police Bureau, Robert Gordon, Washington County Sheriff's Department, Karen Immergut, Robert Jordan, and Kenneth Magee.

On May 2, 2007, the Court granted Plaintiff's renewed Motion for Leave to Proceed *in Forma Pauperis*, but dismissed the Complaint in No. 07-CV-406-HU for failure to comply with Federal Rule of Civil Procedure 8.  The Court granted Plaintiff leave to file an Amended Complaint in compliance with Rule 8 within 14 days of the Order.  Plaintiff did not file an Amended Complaint. Accordingly, on June 1, 2007, the Court entered an Order and Judgment dismissing No. 07-CV-406-HU without prejudice.

On July 10, 2007, Plaintiff filed a 300-page Complaint in this Court, Case. No. 07-CV-1004-HU, against Alberto Gonzales, the United States Department of Justice, the Federal Bureau of Investigation, the Drug Enforcement Administration, Rosanne M. Sizer, Derrick Foxworth, Portland Police Bureau, City of Portland, Robert Gordon, Washington County Sheriff's Department, Washington County, Karen Immergut, Robert Jordan, and Kenneth Magee in which he made the same general allegations as he made in Case No. 07-CV-406-HU.  On August 17, 2007, Plaintiff filed a Motion for Temporary Restraining Order to Enjoin Defendant Federal Agencies use of Involuntary Inhalant Poisoning Against Plaintiff.  On August 20, 2007, the Court entered an Order and Judgment dismissing case No. 07-CV-1004-HU with prejudice.  On

2 - OPINION AND ORDER

September 18, 2007, Plaintiff filed a Notice of Appeal.  On
December 27, 2007, the Ninth Circuit entered an Order in which it
noted this Court informed the Ninth Circuit that Plaintiff's
appeal was not taken in good faith.  The Ninth Circuit,
therefore, ordered Plaintiff to pay the cost of filing an appeal.
On February 8, 2008, the Ninth Circuit dismissed Plaintiff's
appeal for failure to pay filing fees.  On September 30, 2008,
however, the Ninth Circuit reinstated Plaintiff's appeal, noting
Plaintiff had paid the filing fees.  Plaintiff's appeal in
07-CV-1004-HU remains pending.

     On November 7, 2008, Plaintiff filed a 300-page Complaint in
this action, Case. No. 08-CV-1315-BR, against Michael Mukasey,
Alberto Gonzales, the United States Department of Justice, the
Federal Bureau of Investigation, the Drug Enforcement
Administration, Karen Immergut, Robert Jordan, Paul Schmidt,
Kenneth Magee, City of Portland, Washington County Oregon,
Rosanne M. Sizer, Derrick Foxworth, and Robert Gordon in which
Plaintiff complains about the same things that were the subject
of both the 07-CV-406-HU and 07-CV-1004-HU matters.  Once again,
the Complaint is lengthy and somewhat incoherent.  On
November 7, 2008, Plaintiff also filed a Motion for Temporary
Restraining Order to Enjoin Defendant Federal Agencies Use of
Involuntary Inhalant Poisoning Against Plaintiff, which contains
the same allegations as those in the Motion for Temporary

3 - OPINION AND ORDER

Restraining Order Plaintiff filed in 07-CV-1004-HU.

Because Plaintiff seeks to bring the same claims as asserted in Case No. 07-CV-1004-HU against essentially the same Defendants and because the appeal remains pending in 07-CV-1004-HU, the Court denies Plaintiff's Motion for Temporary Restraining Order and dismisses this action with prejudice.

<u>**CONCLUSION**</u>

For these reasons, the Court **DENIES** Plaintiff's Motion (#2) for Temporary Restraining Order to Enjoin Defendant Federal Agencies Use of Involuntary Inhalant Poisoning Against Plaintiff and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 12th day of November, 2008.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

4 - OPINION AND ORDER